1

2

3

4                      UNITED STATES DISTRICT COURT

5                     EASTERN DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA,        )
                                    )   CR NO. 2:08-CR-139-GEB
7                  Plaintiff,       )
                                    )
8           v.                      )
                                    )
9  LAWRENCE SAMBADO,                )
                                    )
10                 Defendant.       )
   _____)
11 UNITED STATES OF AMERICA,        )   CR NO. 2:08-CR-140-GEB
                                    )
12                 Plaintiff,       )
                                    )
13 BEVERLY SAMBADO,                 )
                                    )
14                 Defendant.       )
   _____)   RELATED CASE ORDER
15 UNITED STATES OF AMERICA,        )
                                    )
16                 Plaintiff,       )   CR. NO. 2:08-CR-141-LKK
                                    )
17          v.                      )
                                    )
18 TIMOTHY SAMBADO,                 )
                                    )
19                 Defendant.       )
   _____)
20 UNITED STATES OF AMERICA,        )
                                    )
21                 Plaintiff,       )   CR. NO. 2:08-CR-142-EJG
                                    )
22          v.                      )
                                    )
23 MARIE JOSEE DUSABLAN-SAMBADO     )
                                    )
24                 Defendant.       )
   _____)
25 UNITED STATES OF AMERICA,        )   CR. NO. 2:08-CR-143-WBS
                                    )
26                 Plaintiff,       )
                                    )
27          v.                      )
                                    )
28 RICHARD SAMBADO,                 )
                                    )
                   Defendant.       )
   _____)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a), since they are based on the same or similar claims.  Accordingly, the assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely results in the actions being assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that actions <u>CR. No. 2:08-CR-141-LKK</u>, <u>CR. No. 2:08-CR-142-EJG</u> and <u>CR. No. 2:08-CR-143-WBS</u> are reassigned to Judge Garland E. Burrell, Jr. for all further proceedings.  Henceforth, the captions on documents filed in the reassigned cases shall show the initials "GEB" instead of the other judges' initials.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of criminal cases to compensate for these reassignments.

IT IS SO ORDERED.

Dated:  March 24, 2008

GARLAND E. BURRELL, JR.
Chief United States District Judge