MALCOLM SEGAL
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, California 95814
Telephone:  (916) 441-0828
Facsimile:   (916) 446-6003

Attorneys for Defendants
Timothy and Marie Josee Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY SAMBADO, MARIE JOSEE SAMBADO, Defendants. AND RELATED CASES. | CASE NO.   2:08-CR-0141 GEB<br>2:08-CR-0142 GEB<br><br>Related Case No. 2:08-CR-0139 GEB<br>2:08-CR-0140 GEB<br>2:08-CR-0143 GEB<br><br>**STIPULATION AND REQUEST TO CONTINUE SENTENCING DATE (Amended)** |
|---|---|

Defendants Lawrence Sambado, Beverly Sambado, Timothy Sambado, Marie Josee Dusablan-Sambado and Richard Sambado ("Defendants") in the above-referenced cases and Plaintiff, the United States of America, through their undersigned counsel, hereby stipulate and request that the sentencing date for Defendants, currently set for September 5, 2008, be continued to October 17, 2008.  This continuance is sought due to the complex nature of these related cases, and to allow defense counsel sufficient time to meet with their respective clients and fully evaluate and submit all appropriate comments and/or objections to the lengthy pre-sentence reports prepared by Probation Officer Linda Alger.  Ms. Alger does not oppose this request to continue the sentencing date.

| | | |
|---|---|---|
| 1 | Dated: August 1, 2008 | SEGAL & KIRBY LLP |

By: /s/ Malcolm S. Segal
    MALCOLM S. SEGAL
    Attorneys for Defendants Timothy Sambado
    and Marie Josee Dusablan-Sambado

Dated: August 1, 2008    STEVENS & O'CONNELL LLP

By: /s/ Craig C. Allison (as authorized on 8/01/08)
    CRAIG C. ALLISON
    Attorneys for Defendants Beverly Sambado
    and Lawrence Sambado

Dated: August 1, 2008    DLA PIPER US LLP

By: /s/ Matthew G. Jacobs (as authorized on 8/01/08)
    MATTHEW G. JACOBS
    Attorneys for Defendant Richard Sambado

Dated: August 1, 2008    UNITED STATES ATTORNEY

By: /s/ Benjamin B. Wagner (as authorized on 8/1/08)
    BENJAMIN B. WAGNER
    Attorney for Plaintiff
    United States of America

```
 1 | MALCOLM SEGAL
   | SEGAL & KIRBY LLP
 2 | 770 L Street, Suite 1440
   | Sacramento, California 95814
 3 | Telephone:  (916) 441-0828
 4 | Facsimile:   (916) 446-6003
 5 | Attorneys for Defendants
   | Timothy and Marie Josee  Sambado
 6 |
 7 |
 8 |                IN THE UNITED STATES DISTRICT COURT
 9 |               FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA        CASE NO.   2:08-CR-0141 GEB
   |                                            2:08-CR-0142 GEB
12 |         Plaintiff,
   |                                 Related Case No. 2:08-CR-0139 GEB
13 | v.                                               2:08-CR-0140 GEB
   |                                                  2:08-CR-0143 GEB
14 | TIMOTHY SAMBADO,
   |  MARIE JOSEE SAMBADO
15 |                                 [PROPOSED] ORDER RE
   |         Defendants.             CONTINUANCE OF SENTENCING
16 |                                 DATE
17 |
18 | AND RELATED CASES.
19 |
```

20       Based on the Stipulation and Request to Continue Sentencing Date filed by Defendants Lawrence Sambado, Beverly Sambado, Timothy Sambado, Marie Josee Dusablan-Sambado and Richard Sambado ("Defendants") and Plaintiff, the United States of America, in the above-referenced related cases, the Court hereby orders that the sentencing of Defendants in these related cases, presently set for September 5, 2008, is continued to October 17, 2008, and all other dates related to the preparation and delivery of any comments or objections to the pre-sentence reports, and all other submittals and filings related to sentencing, shall be calculated based on the October 17, 2008 sentencing date.

---

[Proposed] Order Re Continuance of Sentencing Date

1   IT IS SO ORDERED.

Dated: August 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6       [Proposed] Order Re Continuance of Sentencing Date
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28