```
 1  STEVENS, O'CONNELL & JACOBS LLP
    GEORGE L. O'CONNELL (74037)
 2  CRAIG C. ALLISON (159437)
 3  400 Capitol Mall, Suite 1400
    Sacramento, California 95814
 4  Telephone: (916) 329-9111
    Facsimile: (916) 329-9110
 5
    Attorneys for Defendant
 6  Beverly Sambado
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:08-CR-0140 GEB |
|---|---|
| Plaintiff, | Related Case No. 2:08-CR-0139 GEB |
| | 2:08-CR-0141 GEB |
| v. | 2:08-CR-0142 GEB |
| | 2:08-CR-0143 GEB |
| BEVERLY SAMBADO, | |
| | **STIPULATION AND [PROPOSED] ORDER TO CORRECT JUDGEMENT** |
| Defendant. | |
| AND RELATED CASES. | |

On April 3, 2009, this Court entered judgment against Defendant Beverly Sambado based on two counts of violating 31 U.S.C. §5324(a)(3). The parties stipulate that the judgment be corrected to read as follows based on the fact that Defendant was sentenced on two counts:

1. Defendant shall pay a Special Assessment of $200.00, payment to begin immediately.

2. Defendant is committed to the custody of Bureau of Prisons for a term of sixty (60) days on each count, to run concurrently. Defendant's surrender date is August 17, 2009.

1
**STIPULATION AND PROPOSED ORDER TO CORRECT JUDGEMENT**

3. Defendant shall be placed on supervised release for a period of twenty four (24) months on each count, to run concurrently.

All other terms and conditions of the judgment shall remain as stated by the Court at the Sentencing hearing on April 3, 2009.

Dated: April 6, 2009   STEVENS, O'CONNELL & JACOBS LLP

By: /s/ Craig C. Allison
    CRAIG C. ALLISON
    Attorneys for Defendant Beverly Sambado

Dated: April 6, 2009   UNITED STATES ATTORNEY

By: /s/ Matthew Segal (as authorized on 4/6/09)
    MATTHEW SEGAL
    Attorneys for Plaintiff
    United States of America

IT IS SO ORDERED.

Dated: 4/7/09

GARLAND E. BURRELL, JR.
United States District Judge