UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE:  Beverly SAMBADO
Docket Number:  2:08CR00140-01
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Barbados.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 3, 2009, Ms. Beverly Sambado was sentenced for the offense of 31 USC 5324(a)(3) - Structuring Money Transactions (2 counts).

**Sentence imposed:**  60 days custody in the Bureau of Prisons (concurrent on each count); 24 months Supervised Release (concurrent on each count); $20,000 Fine; $200 Special Assessment. **Special Conditions:** Warrantless search; Financial disclosure; 120 days home detention.

**Dates and mode of travel:** Ms. Sambado desires to travel on the following dates: March 21, 22, 30, and 31, 2010.  The travel mode and plans have been explained to the Judge Burrell

**Purpose:**  Family vacation.

RE:     **Beverly SAMBADO**
        **Docket Number:  2:08CR00140-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**


**DATED:**    March 3, 2010
              Elk Grove, California
              KMM/cj


**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**


**Approved**    X              **Disapproved**  _____

Dated:  March 8, 2010

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge