**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

> RE:   **Beverly SAMBADO**
>         **Docket Number:  2:08CR00140-01**
>         **PERMISSION TO TRAVEL**
>         **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to China.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 3, 2009, Ms. Beverly Sambado was sentenced for the offense of 31 USC 5324(a)(3) - Structuring Money Transactions (2 counts).

**Sentence imposed:**  60 days custody in the Bureau of Prisons (concurrent on each count); 24 months Supervised Release (concurrent on each count); $20,000 Fine; $200 Special Assessment. **Special Conditions:** Warrantless search; Financial disclosure; 120 days home detention.

**Dates and Mode of Travel:**  On June 27, 2010, Ms. Sambado will depart for China and return on July 11, 2010.

**Purpose:**  Vacation and business.

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

RE:   **Beverly SAMBADO**
      **Docket Number:  2:08CR00140-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

**DATED:**       June 16, 2010
             Elk Grove, California
             KMM/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
             **DEBORAH A. SPENCER**
             **Supervising United States Probation Officer**

**ORDER OF THE COURT:**

Approved _____**X**_____        Disapproved _____

Dated:  **June 18, 2010**

**GARLAND E. BURRELL, JR.**
**United States District Judge**

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:**   **Beverly SAMBADO**
        **Docket Number:  2:08CR00140-01**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG